UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLANCA OROSCO, an individual,
the ESTATE OF JOSE DANIEL
OROSCO, by and through
Blanca Orosco as beneficiary
of the Estate and successor
in interest, SHANA A. MCCLOUD,

       NO. CIV. S-13-0322 LKK/KJN

    Plaintiffs,

    v.

       O R D E R

CITY OF STOCKTON, STOCKTON
POLICE DEPARTMENT, DOE CHP
OFFICER NO. 1, DOE CHP
OFFICER NO. 2, and DOES 1-100,
inclusive,

    Defendants.
_____/

    Plaintiffs filed their complaint on February 19, 2013. Summons issued the next day. Plaintiffs appear not to have yet served defendants. A status conference was initially set for May 6, 2013, but as plaintiffs' counsel failed to file a status report, the conference was continued to August 19, 2013. (ECF No. 7.) Counsel has again failed to file a status report.

1

Pursuant to Fed. R. Civ. P. 4(m), "If a defendant is not served within 120 days after the complaint is filed the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Pursuant to this rule, plaintiffs should have served the defendants by June 19, 2013. Plaintiffs have not provided the court with any explanation for this delay in service.

Accordingly, the court hereby orders as follows:

[1] Plaintiffs are DIRECTED to serve defendants within twenty-one (21) days of the issuance of this order.[1]

[2] The status conference scheduled for August 19, 2013 is VACATED.

[3] The status conference is RESET for November 25, 2013 at 1:30 p.m. Parties shall file status reports fourteen (14) days prior to the status conference.

[4] Plaintiffs' counsel shall show cause within fifteen (15) days why sanctions should not be assessed. Failure to respond to this order will result in dismissal of this case.

IT IS SO ORDERED.

DATED: August 15, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs should include a copy of this Order with the documents they serve on defendants.

2